# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                                    **CRIMINAL ACTION NO. 2:09CR044-P-S**

**LARRY DONNEL MCKNIGHT,**                                          **DEFENDANT**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant's Motion for Continuance [16]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for May 11, 2009. Defense counsel requests a continuance to afford more time to meet with the defendant, complete inspection of discovery material, prepare any necessary pretrial motions, and to engage in plea negotiations.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(7)(A), the period of delay from May 11, 2009 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Continuance [16] is **GRANTED**;

(2) Trial of this matter is continued until Monday, June 29, 2009 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

1

(3) The delay from May 11, 2009 to June 29, 2009 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is June 8, 2009; and

(5) The deadline for submitting a plea agreement is June 15, 2009.

**SO ORDERED** this the 30th day of April, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE