**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                              **CRIMINAL ACTION NO. 2:09CR44-P-S**

**LARRY DONNELL MCKNIGHT**

**ORDER**

This cause is before the court on defendant McKnight's Motion for Continuance [19]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for June 29, 2009. Counsel for the defendant represents in the motion that he needs additional time to complete an adequate review of discovery material. Defendant's counsel seeks a continuance in order to permit an adequate inspection of the material and in order to ensure proper attention to preparation of pretrial motions and for trial. In addition, counsel needs additional time to pursue plea negotiations on defendant's behalf. The government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from June 29, 2009 until the new trial date to be set in this matter.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [19] is GRANTED;

2. That the trial of this matter is continued until Monday, August 10, 2009 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from June 29, 2009 until August 10, 2009 is excluded as set out

      above;

4.      That the deadline for filing pretrial motions is July 20, 2009;

5.      That the deadline for submitting a plea agreement is July 27, 2009.

SO ORDERED, this the 22nd day of June, 2009.

                                        /s/ W. Allen Pepper, Jr.  
                                        W. ALLEN PEPPER, JR.  
                                        UNITED STATES DISTRICT JUDGE