# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:09cr44-MPM-DAS-1

LARRY DONNELL MCKNIGHT

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **John H. Daniels on August 21, 2020,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **John H. Daniels** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **John H. Daniels** hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 21st day of August, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE